# Court of Appeals
# of the State of Georgia

ATLANTA,  June 16, 2021

*The Court of Appeals hereby passes the following order:*

**A21D0265. DORIS ROSS v. SHIPMAN FAMILY INVESTMENT LLC.**

We dismissed Doris Ross's application for discretionary appeal as untimely based on it having been filed beyond the seven-day deadline for appeals in dispossessory actions. Ross filed a motion for reconsideration, contending that the application was timely because it was originally filed within seven days of one of the judgments and that her corrected application, though filed on the eighth day, was given the original docket date. Our docket confirms her contention regarding the filing and docket dates. Accordingly, we hereby GRANT Ross's motion for reconsideration, VACATE our dismissal order of April 14, 2021, and REINSTATE the application.

Upon consideration of the merits of the application for discretionary appeal, it is ordered that it be hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/16/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.